# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand and fourteen.

_____

Yonkers Central Ave. Snack Mart, Inc.,
   Plaintiff-Counter-Defendant - Appellant,

Croton Falls Gas Mart, Inc., *et al.*,
   Plaintiffs-Counter-Defendants,

v.

NY Fuel Distributors, LLC, Metro NY Dealer Stations, LLC,
   Defendants-Counter-Claimants -ThirdParty Plaintiffs -Cross Defendants- Appellees,

Sammy El Jamal,
   ThirdParty Defendant -Cross Claimant -Counter Defendant.

_____

**ORDER**
Docket No. 13-3841

Appellant moves to extend, through July 16, 2014, the time in which to file a reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court